The APEX ELECTRICAL MANUFACTUR-ING COMPANY et al., Plaintiffs-Appellants, v. LANDERS, FRARY & CLARK, Defendant-Appellee.

No. 125.

Circuit Court of Appeals, Second Circuit.

Dec. 19, 1938.

Harry Frease, of Canton, Ohio, Isador Grossman, of Cleveland, Ohio, Joseph Frease, of Canton, Ohio (Paul Frantz, of Euclid, Ohio, of counsel), for appellants.

John P. Bartlett, of New York City (Richard Eyre, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree, 21 F.Supp. 241, affirmed.

John AZZI and Harry Azzi, an Infant under Fourteen Years of Age, by John Azzi, as His Guardian ad Litem, Plaintiffs-Appellees, v. BROOKLYN BUS CORPORATION, Defendant-Appellant.

No. 128.

Circuit Court of Appeals, Second Circuit.

Dec. 12, 1938.

George D. Yeomans, of Brooklyn, N. Y. (Ralph E. Hemstreet, of Brooklyn, N. Y., of counsel), for appellant.

Hall, Cunningham, Jackson & Haywood, of New York City (Francis G. Hoyt, of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Joseph C. BAJORAS, Appellant, v. UNITED STATES of America, Appellee.*

No. 6930.

Circuit Court of Appeals, Third Circuit.

Dec. 12, 1938.

John J. Cohen, of Pittsburgh, Pa., for appellant.

Charles F. Uhl, U. S. Atty., and George Mashank, Asst. U. S. Atty., both of Pittsburgh, Pa.

Before DAVIS, BIGGS, and BUFFINGTON, Circuit Judges.

PER CURIAM.

We can find no error in the record of this cause. The order revoking the probation of the appellant is affirmed.

Peter ALBENZE, Sam Brushome, Adam Martello, John DeCara, Patrick Traficani, Appellants, v. UNITED STATES of America, Appellee.

Nos. 8005-8009.

Circuit Court of Appeals, Sixth Circuit.

Dec. 14, 1938.

Zeno Fritz, of Pittsburgh, Pa., for Albenze and Brushome.

Nolan & Chestosky, of Steubenville, Ohio, for Martello, DeCara, and Traficani.

Francis C. Canny, of Dayton, Ohio, for the United States.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It appearing that upon trial below for conspiracy to violate the revenue laws there was no substantial evidence upon

*Writ of certiorari denied 59 S.Ct. 587, 83 L.Ed. ——.

1010

which to submit to the jury an issue as to the guilt of the appellants Martello, DeCara, and Traficani, Cemonte v. U. S., 6 Cir., 89 F.2d 362; Nibbelink v. U. S., 6 Cir., 66 F.2d 178, and it further appearing that no brief was filed in support of the appeals of Albenze and Brushome in time for the appellee to make reply either by brief or argument at the hearing, that counsel for said appellants failed to appear, and that consideration of belated brief on their behalf discloses no clearly prejudicial error in their conviction apparent on the face of the record, it is ordered that the judgments and sentences below as to Martello, DeCara and Traficani be and they are hereby reversed and the cause as to them be remanded for new trial, and it is further ordered, on motion of the appellee that the appeals of Albenze and Brushome be and they are hereby dismissed.